Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant Derek Malone

*E-FILED - 7/25/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEREK MALONE,<br><br>Defendant | No. CR 11-0657<br><br>**STIPULATION AND []<br>ORDER CONTINUING STATUS<br>CONFERENCE** |

The parties stipulate, and request that the court Order, the following:

1.     This matter is currently set for a status conference on July 26, 2012 at 9:00 A.M.  By this stipulation, the parties are jointly requesting that the hearing be moved to August 9, 2012 at 10:00 AM.  This request only applies to Mr. Malone and not to his co-defendant in this case, Ms. Rachelle Epperheimer.

2.     Counsel for Mr. Malone is set to begin a felony jury trial in Santa Cruz County on July 30, 2012.  (People v. Nottoli, F18756.)   Trial confirmation is set for July

-1-

26 at 9:00. It does not appear that this case will resolve and I am informed that all parties are ready to proceed to trial as set.

     3.    Besides the scheduling conflict described above, discovery is ongoing and additional time is necessary to complete the discovery process. Mr. Malone is a fairly recent addition to this case and made his first appearance before this court on June 28, 2012.

     4.    For the above reason, the parties jointly request that the status conference hearing set for July 26 be vacated, and that the hearing be continued to August 9, 2012 at 10:00 AM, and that the time between July 26 and August 8, 2012 be excluded from the speedy trial act for continuity and the effective preparation of counsel.

Respectfully submitted,

Dated: July 23, 2012     By:_____/s/_____
                                  PETER A. LEEMING,
                              Attorney for DEREK MALONE

                             _/s/ Grant Fondo,_
                             Grant Fondo,
                             Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 7/24/12                             _____
                                          Hon. D. Lowell Jensen
                                          United States District Judge