1  Peter A. Leeming, SBN 119124
2  108 Locust Street, Suite 7
   Santa Cruz CA 95060

3  Telephone (831) 425-8000

4  Attorney for: Defendant Derek Malone

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,          )   No. CR 11-0657
                                       )
13                   Plaintiff,        )   **STIPULATION AND [~~PROPOSED~~]**
                                       )   **ORDER CONTINUING STATUS**
14          vs.                        )   **CONFERENCE**
                                       )
15                                     )
                                       )
16  DEREK MALONE,                      )
                                       )
17                   Defendant         )
                                       )
18  _____  )

19

20        The parties stipulate, and request that the court Order, the following:

21        1.      This matter is currently set for a status conference on August 9, 2012 at

22  9:00 A.M.  By this stipulation, the parties are jointly requesting that the hearing be moved

23  to September 13, 2012 at 9:00 AM.

24

25        2.      A continuance of this matter is necessary for the effective preparation of

26  defense counsel.  Discovery and investigation in this case is ongoing and additional time

27  is necessary to complete the discovery process.  In addition, counsel for Mr. Malone has

28

                                      -1-

been unavailable in recent days due to family matters in southern California.  The government does not oppose Mr. Malone's request for a continuance of the status conference.

4.      For the above reason, the parties jointly request that the status conference hearing set for August 9 be vacated, and that the hearing be continued to September 13, 2012 at 9:00 AM, and that the time between August 8 and September 13, 2012 be excluded from the speedy trial act for continuity and the effective preparation of counsel.

Respectfully submitted,

Dated:  August 7, 2012        By:_____/s/_____
                             PETER A. LEEMING,
                             Attorney for DEREK MALONE

__/s/ Grant Fondo,
Grant Fondo,
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____                _____
                                      Hon. D. Lowell Jensen
                                      United States District Judge